FILED

03/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

## IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0575

RIKKI HELD, et al.,

*Plaintiffs / Appellees*

v.

STATE OF MONTANA, et al.,

*Defendants / Appellants*

## ORDER GRANTING LEAVE FOR MONTANA TRIAL LAWYERS ASSOCIATION TO APPEAR AS *AMICUS CURIAE*

Upon Motion of the Montana Trial Lawyers Association ("MTLA") for leave to participate as an *amicus curiae* in the above-captioned matter, and good cause appearing,

IT IS HEREBY ORDERED that MTLA's Motion is granted. MTLA shall file its *amicus* brief on or before March 21, 2024.

DATED this _____ day of March, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 14 2024